# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEE LEWIS, *et al.*, all individually and on behalf of all others similarly situated;** | § § | |
| | § | **Docket No. 7:07-cv-00166-H** |
| **Plaintiffs,** | § | **ALL CASES** |
| | § | |
| **vs.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **SMITHFIELD PACKING COMPANY, INC.** | § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| | § | |
| **Defendant.** | § | |

## PLAINTIFFS' MOTION TO EXCLUDE JEFFREY FERNANDEZ

Plaintiffs Lew Lewis, individually and on behalf of all others similarly situated (hereinafter, "Plaintiffs") file this Motion to Exclude Jeffrey Fernandez and in support would show as follows:

### I.     INTRODUCTION

This Motion is submitted on behalf of Plaintiff and in support of Plaintiffs' Motion to Exclude Testimony of Defendant's Purported Expert Witness Jeffrey Fernandez. Specifically, Defendant offers an industrial engineer, Jeffrey Fernandez, as an expert to "evaluate the time it takes employees to don and doff certain items, wash and to perform walking activities at both the Tarheel and Clinton facilities located in North Carolina."

Plaintiffs believe that all of these opinions and his testimony in its entirety should be disallowed for the reasons set forth in the attached Memorandum. In support of this Motion, Plaintiffs have relied in whole, or in part, on the following documents:

Exhibit A:     May 31, 2006 Wage and Hour Advisory Memorandum No. 2006-2

Exhibit B:     November 5, 2009 Deposition of Jeffrey Fernandez

Exhibit C:     Chao v Tyson Foods, Inc., Memorandum in Support of Plaintiff's Motion to Exclude Reports and Testimony of Defendant's Experts Javitz and Fernandez

Exhibit D:     October 19, 2009 Jeffrey Fernandez Expert Report

Appendix A – Instructions to Videographers

Appendix B – Instructions to Video Analysts

Appendix C – Summary Statistics of Data Collected from The Videotapes

Appendix D – Summary, Don, Doff, Wash, Walk

Appendix E – Jeffrey Fernandez Testifying Information

Appendix F – Jeffrey Fernandez Resume

Appendix G – Detailed Data.

## II. ARGUMENT

The admissibility of expert opinions is governed by FED. R. EVID. 702, which provides "if scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness who has been qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case."

For all of the reasons set forth herein and the attached Memorandum, Fernandez does not possess the qualifications necessary to offer the opinions he set forth in his report and Defendant should be precluded from offering Fernandez as an expert witness at trial.

2

RESPECTFULLY SUBMITTED,

| | | |
|---|---|---|
| By:/s/ Greg Jones<br>Gregory Jones<br>Greg Jones & Associates<br>3015 Market Street<br>Wilmington, NC 28403<br>(910) 332-3023 (Telephone)<br>(910) 251-1520 (Facsimile)<br><br>Hartley Hampton<br>Michael Josephson<br>Fibich, Hampton &<br>Leebron, LLP<br>1401 McKinney, Suite 1800<br>Houston, Texas 77010<br>888-751-7050 (Toll Free)<br>713-751-0030 (Facsimile) | Brian McCafferty<br>Eric Young<br>Kenney Egan McCafferty &<br>Young, P.C.<br>3031C Walton Rd.,<br>Suite 202<br>Plymouth Meeting, PA<br>19462<br>610-940-9099 (Telephone)<br>610-940-0284 (Facsimile)<br><br>Jessica Leaven<br>414 West Jones Street<br>Post Office Box 27927<br>Raleigh, NC 27611<br>919-755-1812 (Telephone)<br>919-755-0124 (Facsimile) | Michael Hamilton<br>Provost Umphrey LLP<br>One Burton Hills Blvd<br>Suite 380<br>Nashville, Tennessee 37215<br>615-242-0199 (Telephone)<br>615-256-5922 (Facsimile)<br><br>Philip A. Downey, Esq.<br>P.O. Box 736<br>Unionville, PA 19375<br>610-324-2848 (Telephone)<br>610-347-1073 (Facsimile) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a on the 20th day of November, 2009, I served the foregoing Motion to Exclude Jeffrey Fernandez on all known parties by ECF electronic filing.


/s/ Michael A. Josephson

3